# State of New York
# Court of Appeals

MEMORANDUM

This memorandum is uncorrected and subject to revision before publication in the New York Reports.

No. 65  SSM 7
The People &c.,
   Respondent,
  v.
Kysean Stroud,
   Appellant.

Submitted by Terrence M. Connors, for appellant.
Submitted by Matthew B. Powers, for respondent.

MEMORANDUM:

The order of the Appellate Division should be affirmed.

A determination of reasonable suspicion is a mixed question of law and fact which is beyond our further review if there is legally sufficient record support for the

determinations of the courts below (*see People v Parker*, 32 NY3d 49, 55 [2018]). The

record contains support for the lower courts' finding of reasonable suspicion to stop the car

in which defendant was a passenger (*see People v Chestnut*, 43 AD2d 260 [3d Dept 1974],

*affd* 36 NY2d 971 [1975]). Defendant's remaining contention lacks merit.


On review of submissions pursuant to section 500.11 of the Rules, order affirmed, in a memorandum. Chief Judge DiFiore and Judges Rivera, Garcia, Wilson, Singas, and Cannataro concur. Judge Troutman took no part.

Decided June 14, 2022